# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2016

## NO.  03-15-00728-CV

**Westlake Ethylene Pipeline Corporation, Appellant**

**v.**

**Railroad Commission of Texas and Eastman Chemical Company, Appellees**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on November 5, 2015.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment.  Appellant shall pay all costs relating to this appeal, both in this Court and the court below.